■ In the Matter of CARLOS RODRIGUEZ, Petitioner, v BARBARA G. ZAMBELLI, Respondent. [988 NYS2d 886]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Barbara G. Zambelli, a Judge of the County Court, Westchester County, to issue a certificate of conviction specifying that the commencement date of a resentence imposed on the petitioner in 2007 under Westchester County indictment No. 1821/97 is March 23, 1999, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there

exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Dillon, J.P., Hall, Sgroi and Barros, JJ., concur.